

**FILED**

SEP 0 2 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____SHERMAN_____ DIVISION

James Otieno Opiyo
(Plaintiff)

vs                                    Case Number: 4:25-cv-956
                                                  MJT/ZJH

Keilermeyer    Bergenson's   Services   LLC
(Defendant)

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, _____James Otieno Opiyo_____, respectfully moves

this Honorable Court to appoint an attorney to represent him/her in this suit.

1.   List two(2) attorneys who have refused to represent you without payment.

     _____N/A_____

     _____

2.   Are you unable to pay an attorney to represent you?   Yes _✓_   No _____

     _____
              (Signature of Applicant)

     _____8/27/2025_____
              (Date)